UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OGANES DOGANYAN,<br><br>       Petitioner,<br><br> v.<br><br>CAMMILLA WAMSLEY, *et al.*,<br><br>       Respondents. | Case No. C25-1480-TMC<br><br>ORDER DISMISSING FEDERAL HABEAS PETITION |

The Court, having reviewed Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, Respondents' motion to dismiss the petition, the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Respondents' motion to dismiss Petitioner's petition as moot (dkt. # 24) is GRANTED.

(3) Petitioner's petition for writ of habeas corpus (dkt. # 1), and this action, are DISMISSED with prejudice.

ORDER DISMISSING FEDERAL
HABEAS PETITION - 1

1        (4)     The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable Michelle L. Peterson.

       DATED this 30th day of October, 2025.

*[signature]*

TIFFANY M. CARTWRIGHT
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS PETITION - 2